IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY NAZAR | : | CIVIL ACTION |
| v. | : | |
| | : | No. 10-6708 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Wednesday, June 15, 2011.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA 19106.  REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By: /s/Janet Vecchione
Janet Vecchione
Deputy Clerk
Phone:267-299-7074

Date: March 10, 2011

Copies:   Courtroom Deputy to Judge Thomas N. O'Neill, Jr.
Docket Clerk - Case File

Counsel:   C. Kimmel, Esq.
R. Enders, Esq.

ARB2.FRM