# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STACY NAZAR,  )
 )
       Plaintiff,  )
 )
v.  )   **Case No.: 2:10-cv-6708-TON**
 )
NCO FINANCIAL SYSTEMS, INC.,  )
 )
       Defendants.  )

## STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Ross S. Enders             /S/ Craig Thor Kimmel
Ross S. Enders, Esquire       Craig Thor Kimmel, Esquire
Attorney ID:                  Attorney ID: 57100
Attorney for Defendant,       Attorney for the Plaintiff


Date: June 6, 2011            Date: June 6, 2011


BY THE COURT:


_____
                           J.