

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STACY NAZAR, )
)
    Plaintiff, )
)
v. )  Case No.: 2:10-cv-6708-TON
)
NCO FINANCIAL SYSTEMS, INC., )
)
    Defendants. )

**FILED**

JUN 6 - 2011

MICH........., Clerk
              .op. Clerk

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID:
Attorney for Defendant,

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: June 6, 2011

Date: June 6, 2011

BY THE COURT:

_____ J.
6/6/11