IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY NAZAR | : | CIVIL ACTION |
| v. | : | |
| | : | No. 10-6708 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

**CANCELLATION OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case currently sheduled for ARBITRATION at 9:30 am on Wednesday, June 15, 2011, has been CANCELLED.

                                                  Michael E. Kunz
                                                  Clerk of Court


                                                  By:  /s/Janet Vecchione
                                                  Janet Vecchione
                                                  Deputy Clerk
                                                  Phone:267-299-7074

Date:June 14, 2011

Copies:        Courtroom Deputy to Judge Thomas N. O'Neill, Jr.
                    Docket Clerk - Case File

                    Counsel

ARBCAN.FRM